AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

CAPTAIN NANCY S. DIETZ

V.

JAMES M. BAKER, individually and in his official capacity as the Mayor of the City of Wilmington; and MAYOR AND COUNCIL OF WILMINGTON, a municipal corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   06 - 256

TO: (Name and address of Defendant)

```
JAMES M. BAKER, MAYOR
City of Willmington
800 N. French Street
Wilmington, DE 19801
```

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

```
Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
THE NEUBERGER FIRM
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

Phone: 302-655-0582
```

an answer to the complaint which is served on you with this summons, ____TWENTY____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                         APR 20 2006

CLERK                                                   DATE

_Evetta Wala_
(By) DEPUTY CLERK

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE  7/26/06 @ 11:24am |
| NAME OF SERVER *(PRINT)*  Ronald Lennon | TITLE  SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify):  Served Mrs. Herrell (Authorized to accept) on behalf of Mayor Baker
800 N. French St
Wilmington, DE 19801

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____7/26/06____        *Ronald Lennon* (signature)
                Date                              *Signature of Server*

5 Orchard Ln
Wilmington, DE 19809

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.