AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

CAPTAIN NANCY S. DIETZ

V.

JAMES M. BAKER, individually and in his official
capacity as the Mayor of the City of Wilmington; and
MAYOR AND COUNCIL OF WILMINGTON, a
municipal corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   0 6 - 2 5 6

TO: (Name and address of Defendant)

> MAYOR AND COUNCIL OF WILMINGTON
> c/o JAMES M. BAKER, MAYOR
> City of Willmington
> 800 N. French Street
> Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Thomas S. Neuberger, Esquire
> Stephen J. Neuberger, Esquire
> THE NEUBERGER FIRM
> Two East Seventh Street, Suite 302
> Wilmington, Delaware 19801
>
> Phone: 302-655-0582

an answer to the complaint which is served on you with this summons, _____TWENTY_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must
be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

APR 2 0 2006

CLERK

(By) DEPUTY CLERK

DATE

◆AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| | 8/1/06 @ 4:15 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| ROBERT DELACY | SPS |

*Check one box below to indicate appropriate method of service*

☐ **Served personally upon the defendant. Place where** _____

☐ **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**

   **Name of person with whom the summons and complaint were** _____

☐ **Returned** _____

XX **Other (specify):** __SHENIQUE PARKER AVENDELL, AUTHORIZED TO ACCEPT SERVICE__
   __(black female, black hair, 30, 5'7", 140 lbs)__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/1/06_____          _____
               Date                    *Signature of Server*
                                        D. M. PROFESSIONAL SERVICES
                                        5 Orchard Lane, Wilm., DE  19809

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.