IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **MAYOR JAMES M BAKER,** | : | C.A.No.06-256-SLR |
| individually and in his official capacity | : | |
| as the Mayor of the City of Wilmington, | : | |
| and **MAYOR AND COUNCIL OF** | : | |
| **WILMINGTON,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF DEPOSITIONS

TO:  Teresa A. Cheek, Esquire                             Rebecca L. Butcher, Esquire
      Young, Conaway, Stargatt, & Taylor, LLP      Landis, Rath & Cobb, LLP
      The Brandywine Building, 17th Floor           919 Market Street, Suite 600
      1000 West Street, P.O. Box 391                Wilmington, DE 19801
      Wilmington, Delaware 19899

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|---|---|
| Mayor James Baker | December 5, 2006 at 9:30 a.m. |
| William Montgomery | December 6, 2006 at 9:30 a.m. |
| James Mosley, Public Safety Director | December 6, 2006 at 2:00 p.m. |
| Chief Michael Szczerba | December 12, 2006 at 9:30 a.m. |
| Cpl. George Collins, FOP Vice President | December 13, 2006 at 9:30 a.m. |
| Inspector Gilbert Howell | December 19, 2006 at 9:30 a.m. |
| Inspector James Wright, retired | December 20, 2006 at 9:30 a.m. |

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: October 6, 2006        Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

    I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on October 6, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Teresa A. Cheek, Esquire | Rebecca L. Butcher, Esquire |
| Young, Conaway, Stargatt, & Taylor, LLP | Landis, Rath & Cobb, LLP |
| The Brandywine Building, 17th Floor | 919 Market Street, Suite 600 |
| 1000 West Street, P.O. Box 391 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899 | |

                                             /s/ Thomas S. Neuberger
                                             **THOMAS S. NEUBERGER, ESQ.**

cc:    Wilcox & Fetzer
          Client

Deitz / Depositions /Notice of Depositions (1)