# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |
| CHERYL A. HERTZOG, ESQUIRE* | |
| *(Licensed Only in PA and NJ) | |

October 19, 2006

**Via CM/ECF Filing**

The Honorable Sue L. Robinson
Lock Box 31
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

**RE:** **Dietz v. Baker, C.A. No. 06-256-SLR**

Dear Judge Robinson:

In accordance with the Scheduling Conference held earlier this morning, I have just filed the Rule 16 Scheduling Order containing the appropriate dates. (D.I. 13).

Very truly yours,

/s/ Thomas S. Neuberger

Attorney for Plaintiff

cc:   Teresa Cheek, Esq. (Via CM/ECF with attachments)
      Rebecca Butcher, Esq. (Via CM/ECF with attachments)
      client

Dietz / Letters / Robinson.02