IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN NANCY S. DIETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-256 |
| ) | |
| JAMES M. BAKER, et al. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed a true and correct copy of this Notice of Service and attached Certificate of Service for the Defendant City of Wilmington's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) with the Clerk of the Court using CM/ECF. Copies of such documents were hand delivered to:

      Thomas S. Neuberger, Esquire
      Two East Seventh Street, Suite 302
      Wilmington, DE 19801

      Daniel B. Rath, Esquire
      Rebecca L. Butcher, Esquire
      Landis Rath & Cobb LLP
      919 Market Street, Suite 600
      P.O. Box 2087
      Wilmington, DE 19899

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ Teresa A. Cheek
      Teresa A. Cheek, Esquire (No. 2657)
      Margaret M. DiBianca, Esquire (No. 4539)
      The Brandywine Building, 17th Floor
      1000 West Street, P.O. Box 391
      Wilmington, Delaware 19899-0391
      Telephone: (302) 571-6676; Facsimile: (302) 576-3286
      Email: tcheek@ycst.com
      Counsel for Defendants

Dated: October 27, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service and this Certificate of Service for Defendant City of Wilmington's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) with the Clerk of the Court using CM/ECF. Copies of such documents were hand delivered to:

>Thomas S. Neuberger, Esquire
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801
>
>Daniel B. Rath, Esquire
>Rebecca L. Butcher, Esquire
>Landis Rath & Cobb LLP
>919 Market Street, Suite 600
>P.O. Box 2087
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Teresa A. Cheek*
>Teresa A. Cheek, Esquire (No. 2657)
>Margaret M. DiBianca, Esquire (No. 4539)
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Counsel for Defendants

Dated: October 27, 2006