IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN NANCY S. DIETZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 06-256 (SLR) |
| JAMES M. BAKER, individually and in his official capacity as the Mayor of the City of Wilmington; and MAYOR AND COUNCIL OF WILMINGTON, a municipal corporation, | § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Rebecca L. Butcher, Esquire hereby certify that on this 27th day of October 2006, a true and correct copy of DEFENDANT JAMES M. BAKER'S INITIAL DISCLOSURES was caused to be served on the following in the manner indicated:

BY HAND-DELIVERY
Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE  19801-3707

BY HAND-DELIVERY
Teresa Ann Cheek, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

LANDIS RATH & COBB LLP

/s/ Rebecca L. Butcher
Daniel B. Rath (#3022)
Rebecca L. Butcher (#3816)
919 Market Street, Suite 600
Wilmington, Delaware 19801
(302) 467-4400

Attorneys for James M. Baker, individually and in his official capacity as Mayor of the City of Wilmington

Dated: October 27, 2006

572.001-14452