IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **MAYOR JAMES M BAKER,** | : | C.A.No.06-256-SLR |
| individually and in his official capacity | : | |
| as the Mayor of the City of Wilmington, | : | |
| and **MAYOR AND COUNCIL OF** | : | |
| **WILMINGTON,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF VACATION OF SCHEDULED DEPOSITIONS AND RE-NOTICE OF DEPOSITIONS

TO:  Teresa A. Cheek, Esquire        Rebecca L. Butcher, Esquire
     Young, Conaway, Stargatt, & Taylor, LLP   Landis, Rath & Cobb, LLP
     The Brandywine Building, 17th Floor    919 Market Street, Suite 600
     1000 West Street, P.O. Box 391      Wilmington, DE 19801
     Wilmington, Delaware 19899

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|---|---|
| Mayor James Baker | January 9, 2007 at 9:30 a.m. |
| William Montgomery | January 10, 2007 at 9:30 a.m. |
| James Mosley, Public Safety Director | January 10, 2007 at 2:00 p.m. |
| Chief Michael Szczerba | January 16, 2007 at 9:30 a.m. |
| Cpl. George Collins, FOP Vice President | January 17, 2007 at 9:30 a.m. |
| Inspector Gilbert Howell | January 23, 2007 at 9:30 a.m. |
| Inspector James Wright, retired | January 24, 2007 at 9:30 a.m. |

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: November 14, 2006            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on November 14, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Teresa A. Cheek, Esquire | Rebecca L. Butcher, Esquire |
| Young, Conaway, Stargatt, & Taylor, LLP | Landis, Rath & Cobb, LLP |
| The Brandywine Building, 17th Floor | 919 Market Street, Suite 600 |
| 1000 West Street, P.O. Box 391 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899 | |

                                                           /s/ Thomas S. Neuberger
                                                           **THOMAS S. NEUBERGER, ESQ.**

cc:    Wilcox & Fetzer
         Client

Deitz / Depositions /Vacate and Notice of Depositions (2)