IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **MAYOR JAMES M BAKER,** individually and in his official capacity as the Mayor of the City of Wilmington, and **MAYOR AND COUNCIL OF WILMINGTON,** | : C.A.No.06-256-SLR |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE OF
## PLAINTIFF'S SECOND AMENDED RULE 26 SELF-EXECUTING DISCLOSURES

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on December 6, 2006, I caused **PLAINTIFF'S SECOND AMENDED RULE 26 SELF-EXECUTING DISCLOSURES** to be e-mailed to the following:

Teresa A. Cheek, Esquire
Young, Conaway, Stargatt, & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
tcheek@ycst.com

Rebecca L. Butcher, Esquire
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801
butcher@lrclaw.com

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: December 6, 2006          Attorneys for Plaintiff