# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TERESA A. CHEEK
DIRECT DIAL: (302) 571-6676
DIRECT FAX: (302) 576-3286
tcheek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

December 14, 2006

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

      Re:    Deitz v. Baker,
                C.A. No. 06-256-SLR

Dear Judge Robinson:

      I am writing to advise the Court that this morning we inadvertently filed the next to last rather than final version of the confidentiality stipulation agreed upon by the parties. I am filing the correct version with this letter.

      I am sorry for any inconvenience this error might have caused.

                                     Respectfully yours,

                                       /s/ *Teresa A. Cheek*

                                       Teresa A. Cheek
                                       No. 2657

cc:    Stephen J. Neuberger, Esquire (by e-file)
        Rebecca L. Butcher, Esquire (by e-file)

DB02:5669620.1

065366.1001