IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **MAYOR JAMES M BAKER,** | : | C.A.No.06-256-SLR |
| individually and in his official capacity | : | |
| as the Mayor of the City of Wilmington, | : | |
| and **MAYOR AND COUNCIL OF** | : | |
| **WILMINGTON,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF VACATION OF SCHEDULED DEPOSITIONS AND RE-NOTICE OF DEPOSITION

TO:    Teresa A. Cheek, Esquire                     Rebecca L. Butcher, Esquire
         Young, Conaway, Stargatt, & Taylor, LLP    Landis, Rath & Cobb, LLP
         The Brandywine Building, 17th Floor       919 Market Street, Suite 600
         1000 West Street, P.O. Box 391           Wilmington, DE 19801
         Wilmington, Delaware 19899

      PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff vacates the previously scheduled depositions (D.I. 20) and will take the oral deposition of the following individual at the time and date indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|---|---|
| Chief Michael Szczerba | January 25, 2007 at 9:00 a.m. |

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: January 2, 2007                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on January 2, 2007, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Teresa A. Cheek, Esquire | Rebecca L. Butcher, Esquire |
| Young, Conaway, Stargatt, & Taylor, LLP | Landis, Rath & Cobb, LLP |
| The Brandywine Building, 17th Floor | 919 Market Street, Suite 600 |
| 1000 West Street, P.O. Box 391 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899 | |

      /s/ Thomas S. Neuberger
      **THOMAS S. NEUBERGER, ESQ.**

cc:    Wilcox & Fetzer
        Client

Deitz / Depositions /Vacate and Notice of Depositions (3)