IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN NANCY S. DIETZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-256-SLR |
| MAYOR JAMES M. BAKER, individually and in his official capacity as the Mayor of the City of Wilmington, and MAYOR AND COUNCIL OF WILMINGTON, | : |
| Defendants. | : |

### ORDER

At Wilmington this **11th** day of **January, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, May 15, 2007 at 9:30 a.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE