IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **MAYOR JAMES M BAKER,** | : | C.A.No.06-256-SLR |
| individually and in his official capacity | : | |
| as the Mayor of the City of Wilmington, | : | |
| and **MAYOR AND COUNCIL OF** | : | |
| **WILMINGTON,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF DEPOSITION

TO:  Teresa A. Cheek, Esquire                                Rebecca L. Butcher, Esquire
     Young, Conaway, Stargatt, & Taylor, LLP                 Landis, Rath & Cobb, LLP
     The Brandywine Building, 17th Floor                     919 Market Street, Suite 600
     1000 West Street, P.O. Box 391                          Wilmington, DE 19801
     Wilmington, Delaware 19899

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individual at the time and date indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

The deposition will be taken by stenographic means and also videotaped.

| NAME | DATE AND TIME |
|---|---|
| Mayor James Baker | February 16, 2007 at 9:00 a.m. |

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: January 16, 2007        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on January 16, 2007, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Teresa A. Cheek, Esquire  
Young, Conaway, Stargatt, & Taylor, LLP  
The Brandywine Building, 17th Floor  
1000 West Street, P.O. Box 391  
Wilmington, Delaware 19899

Rebecca L. Butcher, Esquire  
Landis, Rath & Cobb, LLP  
919 Market Street, Suite 600  
Wilmington, DE 19801

/s/ Thomas S. Neuberger  
**THOMAS S. NEUBERGER, ESQ.**

cc:    Wilcox & Fetzer  
       Delmarva Reporting/Video  
       Client

Deitz / Depositions /Notice of Depositions (4)