IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **MAYOR JAMES M BAKER,** | : | C.A.No.06-256-SLR |
| individually and in his official capacity | : | |
| as the Mayor of the City of Wilmington, | : | |
| and **MAYOR AND COUNCIL OF** | : | |
| **WILMINGTON,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF DEPOSITIONS

TO:    Teresa A. Cheek, Esquire           Rebecca L. Butcher, Esquire
Young, Conaway, Stargatt, & Taylor, LLP    Landis, Rath & Cobb, LLP
The Brandywine Building, 17th Floor        919 Market Street, Suite 600
1000 West Street, P.O. Box 391            Wilmington, DE 19801
Wilmington, Delaware 19899

    PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|---|---|
| Cpl. George Collins, FOP Vice President | February 12, 2007 at 10:00am |
| Inspector Gilbert Howell | February 21, 2007 at 10:00am |
| William Montgomery | March 12, 2007 at 9:00am |
| Public Safety Director, James Mosley | March 12, 2007 at 2:00pm |

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: February 1, 2007        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on February 1, 2007, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Teresa A. Cheek, Esquire | Rebecca L. Butcher, Esquire |
| Young, Conaway, Stargatt, & Taylor, LLP | Landis, Rath & Cobb, LLP |
| The Brandywine Building, 17th Floor | 919 Market Street, Suite 600 |
| 1000 West Street, P.O. Box 391 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899 | |

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

cc:   Wilcox & Fetzer
      Client

Deitz / Depositions / Notice of Depositions (5)