IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : | |
| **Plaintiff,** | : | |
| v. | : | |
| **MAYOR JAMES M BAKER,** individually and in his official capacity as the Mayor of the City of Wilmington, and the **CITY OF WILMINGTON,** a municipal corporation, | : | C.A.No.06-256-SLR |
| **Defendants.** | : | |

## NOTICE OF VACATION OF SCHEDULED DEPOSITION

TO:   Teresa A. Cheek, Esquire                    Rebecca L. Butcher, Esquire
      Young, Conaway, Stargatt, & Taylor, LLP     Landis, Rath & Cobb, LLP
      The Brandywine Building, 17th Floor         919 Market Street, Suite 600
      1000 West Street, P.O. Box 391              Wilmington, DE 19801
      Wilmington, Delaware 19899

PLEASE TAKE NOTICE that the oral deposition of Inspector Gilbert Howell previously scheduled on February 21, 2007 at 10:00am (D.I. 29) has been vacated.

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: February 19, 2007         Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on February 19, 2007, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Teresa A. Cheek, Esquire
Young, Conaway, Stargatt, & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899

Rebecca L. Butcher, Esquire
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801


/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

cc:   Wilcox & Fetzer
      Client

Deitz / Depositions /Notice of Vacation - Howell.wpd