IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN NANCY S. DIETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-256-SLR |
| | ) | |
| JAMES M. BAKER, et al. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, hereby certifies that on March 2, 2007, electronic and paper copies of Defendants' Responses to Plaintiff's First Request for Production of Documents and Responses and Answers to Plaintiff's First Set of Interrogatories Directed to Defendants were served by hand delivery and email upon the following counsel:

Thomas S. Neuberger, Esquire
Two East Seventh Street, Suite 302
Wilmington, DE 19801

Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      /s/ *Teresa A. Cheek*
                                      Teresa A. Cheek, Esquire (No. 2657)
                                      The Brandywine Building, 17th Floor
                                      1000 West Street, P.O. Box 391
                                      Wilmington, Delaware 19899-0391
                                      Telephone: (302) 571-6676
                                      Facsimile: (302) 576-3286
                                      Co-counsel for Defendants

Dated: March 2, 2007