IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN NANCY S. DIETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-256-SLR |
| | ) | |
| JAMES M. BAKER, et al. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, hereby certifies that on March 13, 2007, electronic and paper copies of

**Defendant City of Wilmington's First Set of Interrogatories Directed to Plaintiff and**

**Defendant City of Wilmington's First Request for Production of Documents Directed to**

**Plaintiff** were served by hand delivery and email upon the following counsel:

Thomas S. Neuberger, Esquire
Two East Seventh Street, Suite 302
Wilmington, DE  19801

Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801


YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/  *Teresa A. Cheek*
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Counsel for Defendant City of Wilmington

Dated: March 13, 2007

9