IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN NANCY S. DIETZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 06-256 (SLR) |
| JAMES M. BAKER, individually and in his official capacity as the Mayor of the City of Wilmington; and MAYOR AND COUNCIL OF WILMINGTON, a municipal corporation, | § § § § § § § | |
| Defendants. | § § | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that I, Rebecca L. Butcher, Esquire hereby certify that on this 14th day of March 2007, a true and correct copy of Defendant James M. Baker's First Set of Discovery Requests to Plaintiff was caused to be served on the following in the manner indicated:

BY HAND-DELIVERY

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE 19801-3707

BY HAND-DELIVERY

Teresa Ann Cheek, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

572.001-15855.DOC

                                                LANDIS RATH & COBB LLP

                                                */s/ Rebecca L. Butcher*
                                                Daniel B. Rath (#3022)
                                                Rebecca L. Butcher (#3816)
                                                919 Market Street, Suite 600
                                                Wilmington, Delaware 19801
                                                Telephone:  (302) 467-4400
                                                Facsimile:  (302) 467-4450

                                                Attorneys for James M. Baker, individually
                                                and in his official capacity as Mayor of the
Dated: March 14, 2007                        City of Wilmington

572.001-15855.DOC