IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN NANCY S. DIETZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 06-256 (SLR) |
| JAMES M. BAKER, individually and in his official capacity as the Mayor of the City of Wilmington; and MAYOR AND COUNCIL OF WILMINGTON, a municipal corporation, | § § § § § § | |
| Defendants. | § § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Rebecca L. Butcher, Esquire hereby certify that on this 14th day of March 2007, a true and correct copy of:

- Defendant James M. Baker's Answers and Objections to Plaintiff's First Set of Interrogatories, and

- Defendant James M. Baker's Answers and Objections to Plaintiff's First Set of Document Requests

were caused to be served on the following in the manner indicated:

BY HAND-DELIVERY

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE  19801-3707

BY HAND-DELIVERY

Teresa Ann Cheek, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

                                        LANDIS RATH & COBB LLP

                                        /s/ Daniel B. Rath
                                        Daniel B. Rath (#3022)
                                        Rebecca L. Butcher (#3816)
                                        919 Market Street, Suite 600
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 467-4400
                                        Facsimile: (302) 467-4450

Dated: March 14, 2007                 Attorneys for James M. Baker, individually and in his official capacity as Mayor of the City of Wilmington

572.001-15855.DOC