IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **MAYOR JAMES M BAKER,** | : | C.A.No.06-256-SLR |
| individually and in his official capacity | : | |
| as the Mayor of the City of Wilmington, | : | |
| and the **CITY OF WILMINGTON,** a | : | |
| municipal corporation, | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF DEPOSITION

TO:  Teresa A. Cheek, Esquire                    Rebecca L. Butcher, Esquire
     Young, Conaway, Stargatt, & Taylor, LLP     Landis, Rath & Cobb, LLP
     The Brandywine Building, 17th Floor         919 Market Street, Suite 600
     1000 West Street, P.O. Box 391              Wilmington, DE 19801
     Wilmington, Delaware 19899

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| NAME | DATE AND TIME |
|---|---|
| Inspector Gilbert Howell | Arpil 5, 2007 at 10:00am |

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: March 21, 2007                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on March 21, 2007, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Teresa A. Cheek, Esquire | Rebecca L. Butcher, Esquire |
| Young, Conaway, Stargatt, & Taylor, LLP | Landis, Rath & Cobb, LLP |
| The Brandywine Building, 17th Floor | 919 Market Street, Suite 600 |
| 1000 West Street, P.O. Box 391 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899 | |

                                                     /s/ Thomas S. Neuberger
                                                   **THOMAS S. NEUBERGER, ESQ.**

cc:    Wilcox & Fetzer
         Client

Deitz / Depositions /Notice of Depositions (6)