IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN NANCY S. DIETZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 06-256 (SLR) |
| JAMES M. BAKER, individually and in his official capacity as the Mayor of the City of Wilmington; and MAYOR AND COUNCIL OF WILMINGTON, a municipal corporation, | § § § § § § § | |
| Defendants. | § § | |

### NOTICE OF DEPOSITION

TO:    Thomas S. Neuberger, Esquire        Teresa Ann Cheek, Esquire
         The Neuberger Firm, P.A.             Young Conaway Stargatt & Taylor, LLP
         2 East Seventh Street, Suite 302       The Brandywine Building
         Wilmington, DE 19801-3707          1000 West Street, 17th Floor
                                                                      P.O. Box 391
                                                                    Wilmington, DE 19899-0391

PLEASE TAKE NOTICE that, pursuant to District Court Rule 30, Defendant James M. Baker, by counsel, will take the deposition upon oral examination of Captain Nancy Dietz, at the offices of Landis Rath & Cobb LLP, located at 919 Market Street, Suite 600, Wilmington, Delaware 19801, on May 9, 2007, to begin at 10:00 a.m. and to be continued from day-to-day until completed. The deposition shall be stenographically recorded, and conducted by an officer authorized by law to administer oaths.

                                                                                  LANDIS RATH & COBB LLP

                                                                                  /s/ Daniel B. Rath
                                                                                  Daniel B. Rath (#3022)
                                                                                  Rebecca L. Butcher (#3816)
                                                                                  919 Market Street, Suite 600
                                                                                  Wilmington, Delaware 19801
                                                                                  Telephone: (302) 467-4400
                                                                                  Facsimile: (302) 467-4450

Dated: April 10, 2007

Attorneys for James M. Baker, individually
and in his official capacity as Mayor of the
City of Wilmington

572.001-16129.DOC

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire hereby certify that on this 10th day of April 2007, a true and correct copy of the foregoing:

- Defendant James M. Baker's Notice of Deposition of Captain Nancy Dietz

was caused to be served on the following in the manner indicated:

| BY HAND-DELIVERY | BY HAND-DELIVERY |
|---|---|
| Thomas S. Neuberger, Esquire<br>The Neuberger Firm, P.A.<br>2 East Seventh Street, Suite 302<br>Wilmington, DE 19801-3707 | Teresa Ann Cheek, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

Dated: April 10, 2007

Rebecca L. Butcher (#3816)

572.001-16129.DOC