IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN NANCY S. DIETZ,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **MAYOR JAMES M BAKER,** : | C.A.No.06-256-SLR |
| individually and in his official capacity : | |
| as the Mayor of the City of Wilmington, : | |
| and **MAYOR AND COUNCIL OF** : | |
| **WILMINGTON,** : | |
| : | |
| **Defendants.** : | |

NOTICE OF SERVICE OF
PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT JAMES BAKER'S
FIRST SET OF INTERROGATORIES

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on April 13, 2007, I caused **PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT JAMES BAKER'S FIRST SET OF INTERROGATORIES** to be e-mailed to the following:

Teresa A. Cheek, Esquire
Young, Conaway, Stargatt, & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
tcheek@ycst.com

Rebecca L. Butcher, Esquire
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801
butcher@lrclaw.com

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.** (# 243)
**STEPHEN J. NEUBERGER, ESQ.** (#4440)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: April 13, 2007            Attorneys for Plaintiff

Dietz, Nancy / Pleadings /Baker Rog Response. Notice of Svc.pdf