IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| **MAYOR JAMES M BAKER,** | :  C.A.No.06-256-SLR |
| individually and in his official capacity | : |
| as the Mayor of the City of Wilmington, | : |
| and MAYOR AND COUNCIL OF | : |
| WILMINGTON, | : |
| | : |
| **Defendants.** | : |

**NOTICE OF SERVICE OF**
**PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT JAMES BAKER'S**
**FIRST SET OF REQUESTS FOR DOCUMENT PRODUCTION**

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on April 13, 2007, I caused **PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT JAMES BAKER'S FIRST SET OF REQUESTS FOR DOCUMENT PRODUCTION** to be e-mailed to the following:

Teresa A. Cheek, Esquire
Young, Conaway, Stargatt, & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
tcheek@ycst.com

Rebecca L. Butcher, Esquire
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801
butcher@lrclaw.com

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.** (# 243)
**STEPHEN J. NEUBERGER, ESQ.** (#4440)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: April 13, 2007               Attorneys for Plaintiff

Dietz, Nancy / Pleadings /Baker RFP Responses. Notice of Svc.pdf