**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CAPTAIN NANCY S. DIETZ,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **MAYOR JAMES M BAKER,** : | C.A.No.06-256-SLR |
| individually and in his official capacity : | |
| as the Mayor of the City of Wilmington, : | |
| and **MAYOR AND COUNCIL OF** : | |
| **WILMINGTON,** : | |
| : | |
| **Defendants.** : | |

**NOTICE OF SERVICE OF
PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT CITY OF
WILMINGTON'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
DIRECTED TO PLAINTIFF**

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that on April 13, 2007, I caused **PLAINTIFF'S ANSWERS AND OBJECTIONS TO DEFENDANT CITY OF WILMINGTON'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** to be e-mailed to the following:

| | |
|---|---|
| Teresa A. Cheek, Esquire | Rebecca L. Butcher, Esquire |
| Young, Conaway, Stargatt, & Taylor, LLP | Landis, Rath & Cobb, LLP |
| The Brandywine Building, 17th Floor | 919 Market Street, Suite 600 |
| 1000 West Street, P.O. Box 391 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899-0391 | butcher@lrclaw.com |
| tcheek@ycst.com | |

                    **THE NEUBERGER FIRM, P.A.**

                    /s/ Thomas S. Neuberger
                    **THOMAS S. NEUBERGER, ESQ.** (# 243)
                    **STEPHEN J. NEUBERGER, ESQ.** (#4440)
                    Two East Seventh Street, Suite 302
                    Wilmington, Delaware 19801
                    (302) 655-0582
                    TSN@NeubergerLaw.com
                    SJN@NeubergerLaw.com

Dated: April 13, 2007          Attorneys for Plaintiff

Dietz, Nancy / Pleadings /City RFP Responses. Notice of Svc.pdf