IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN NANCY S. DIETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-256-SLR |
| | ) |
| JAMES M. BAKER, et al. | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, hereby certify that on April 17, 2007, a true and correct copy of **Defendants' Response to Plaintiff's Second Request for Production of Documents** were served by electronic mail, and I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record:

| | |
|---|---|
| Thomas S. Neuberger, Esquire | Daniel B. Rath, Esquire |
| Two East Seventh Street, Suite 302 | Rebecca L. Butcher, Esquire |
| Wilmington, DE 19801 | Landis Rath & Cobb LLP |
| | 919 Market Street, Suite 600 |
| | P.O. Box 2087 |
| | Wilmington, DE 19801 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391

Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendants