## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN NANCY S. DIETZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-256-SLR |
| MAYOR JAMES M. BAKER, individually and in his official capacity as the Mayor of the City of Wilmington, and MAYOR AND COUNCIL OF WILMINGTON, | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **15th** day of **May, 2007**.

IT IS ORDERED that the Court is holding Tuesday, October 2, 2007 at 10:00 a.m. for a tentative mediation. If the mediation goes forward, the submissions are due on or before Friday, September 21, 2007.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **September 21, 2007 at 9:30 a.m.** with Magistrate Judge Thynge **to be initiated by counsel for the City.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE