IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CAPTAIN NANCY S. DIETZ,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **MAYOR JAMES M BAKER,** : | C.A.No.06-256-SLR |
| individually and in his official capacity : | |
| as the Mayor of the City of Wilmington, : | |
| and **MAYOR AND COUNCIL OF** : | |
| **WILMINGTON,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on May 22, 2007, I caused **Plaintiff's Amended Supplemental Answer and Objections to Defendant City of Wilmington's First Set of Interrogatories** to be served by e-mail on the following individuals:

| | |
|---|---|
| Teresa A. Cheek, Esquire | Rebecca L. Butcher, Esquire |
| Young, Conaway, Stargatt, & Taylor, LLP | Landis, Rath & Cobb, LLP |
| The Brandywine Building, 17th Floor | 919 Market Street, Suite 600 |
| 1000 West Street, P.O. Box 391 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899-0391 | butcher@lrclaw.com |
| tcheek@ycst.com | |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J.. Neuberger
**THOMAS S. NEUBERGER, ESQ.** (# 243)
**STEPHEN J. NEUBERGER, ESQ.** (#4440)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: May 22, 2007     Attorneys for Plaintiff