## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MAYOR JAMES M BAKER,** | : | C.A.No.06-256-SLR |
| **individually and in his official capacity** | : | |
| **as the Mayor of the City of Wilmington,** | : | |
| **and MAYOR AND COUNCIL OF** | : | |
| **WILMINGTON,** | : | |
| | : | |
| **Defendants.** | : | |

### <u>NOTICE OF SERVICE</u>

I, Thomas S. Neuberger, being a member of the Bar of this Court, do hereby certify that

on May 22, 2007, pursuant to Plaintiff's duty to supplement under Rule 26(e), I caused

**Plaintiff's Supplemental Production of Documents (P354-P360) in response to Defendant**

**City of Wilmington's First Set of Requests for Production of Documents directed to**

**Plaintiff and Defendant James Baker's First Set of Requests for Document Production** to

be e-mailed to the following:

Teresa A. Cheek, Esquire
Young, Conaway, Stargatt, & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
tcheek@ycst.com

Rebecca L. Butcher, Esquire
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801
butcher@lrclaw.com

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (# 243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: May 22, 2007                    Attorneys for Plaintiff

Dietz, Nancy / Pleadings / Dietz - supp..production. Notice of Service.