IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAPTAIN NANCY S. DIETZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 06-256 (SLR) |
| JAMES M. BAKER, individually and in his official capacity as the Mayor of the City of Wilmington; and MAYOR AND COUNCIL OF WILMINGTON, a municipal corporation, | § § § § § § § | |
| Defendants. | § § | |

## RE-NOTICE OF DEPOSITION

TO: Thomas S. Neuberger, Esquire  Teresa Ann Cheek, Esquire
      The Neuberger Firm, P.A.  Young Conaway Stargatt & Taylor, LLP
      2 East Seventh Street, Suite 302  The Brandywine Building
      Wilmington, DE 19801-3707  1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391

PLEASE TAKE NOTICE that, pursuant to District Court Rule 30, Defendant James M. Baker, by counsel, will take the deposition upon oral examination of Marlyn Dietz, at the offices of Landis Rath & Cobb LLP, located at 919 Market Street, Suite 600, Wilmington, Delaware 19801, on May 30, 2007, to begin at 2:00 p.m., and to be continued from day-to-day until completed. The deposition shall be stenographically recorded, and conducted by an officer authorized by law to administer oaths.

                                        LANDIS RATH & COBB LLP

                                        /s/ Daniel B. Rath
                                        Daniel B. Rath (#3022)
                                        Rebecca L. Butcher (#3816)
                                        919 Market Street, Suite 600
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 467-4400
                                        Facsimile: (302) 467-4450

572.001-16130.DOC

Dated: May 25, 2007

Attorneys for James M. Baker, individually and in his official capacity as Mayor of the City of Wilmington

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire hereby certify that on this 25th day of May 2007, a true and correct copy of the foregoing:

- Defendant James M. Baker's Re-Notice of Deposition of Marlyn Dietz

was caused to be served on the following in the manner indicated:

BY HAND-DELIVERY

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE  19801-3707

BY HAND-DELIVERY

Teresa Ann Cheek, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Dated:  May 25, 2007

Rebecca L. Butcher (#3816)

572.001-16130.DOC