IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NANCY S. DIETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-256-SLR |
| | ) | |
| JAMES M. BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

    I, Teresa A. Cheek, Esquire, hereby certify that on June 19, 2007, I caused a copy of

**Defendant City of Wilmington's Supplemental and Amended Responses and Answers to Plaintiff's First Set of Interrogatories Directed to Defendants** to be served

by depositing same in the United States Mail, First Class, postage prepaid, on:

| | |
|---|---|
| Thomas Neuberger | Daniel B. Rath, Esquire |
| Two East Seventh Street, Suite 302 | Rebecca L. Butcher, Esquire |
| Wilmington, DE 19801-3707 | Landis Rath & Cobb LLP |
| Counsel for Plaintiff | 919 Market Street, Suite 600 |
| | P.O. Box 2087 |
| | Wilmington, DE 19899 |
| | Counsel for Defendant James M. Baker |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Teresa A. Cheek*
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendant City of Wilmington