IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN NANCY S. DIETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-256-SLR |
| | ) |
| JAMES M. BAKER, et al. | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND ORDER TO EXTEND**
**DISPOSITIVE MOTION BRIEFING SCHEDULE**

WHEREAS trial in this matter is currently scheduled for February 11, 2008;

WHEREAS the parties have agreed to alter the dispositive motion scheduled to allow Defendants additional time to consult with their counsel regarding briefing; and

WHEREAS the parties do not believe that this extension will in any way alter the Court's ability to determine any motions filed prior to the scheduled trial date.

The parties, through their undersigned counsel hereby stipulate and agree as follows, subject to Court approval:

1. The current dispositive motion schedule entered on April 24, 2007 shall be vacated.

2. Dispositive motions, opening briefs and supporting papers shall be filed on or before July 27, 2007. Answering briefs and supporting papers shall be filed on or before August 10, 2007. Reply briefs and supporting papers shall be filed on or before August 17, 2007.

3.   This stipulation does not affect any other dates in the current scheduling order, including the trial date of February 11, 2008.

Dated: July 10, 2007

| THE NEUBERGER FIRM, P.A. | LANDIS RATH & COBB LLP |
|---|---|
| /s/ Stephen J. Neuberger | /s/ Daniel B. Rath |
| Thomas S. Neuberger, Esquire (#243) | Daniel B. Rath, Esquire (#3022) |
| Stephen J. Neuberger, Esquire (#4440) | Rebecca L. Butcher, Esquire (#3816) |
| Two East Seventh Street, Suite 302 | 919 Market St., Suite 600 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 655-0582 | (302) 467-4400 |
| Attorneys for Plaintiff Captain Nancy S. Dietz | Attorneys for Defendant Mayor James M. Baker |

YOUNG CONAWAY STARGATT &
TAYLOR LLP

  /s/ Teresa A. Cheek
Teresa A. Cheek, Esquire (#2657)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6676

Attorneys for Defendant the City of Wilmington

IT IS SO ORDERED this _____ day of July, 2007.

_____
The Honorable Sue L. Robinson
United States District Judge