IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No.06-256-SLR |
| | : | |
| **MAYOR JAMES M. BAKER,** | : | |
| individually and in his official capacity | : | |
| as the Mayor of the City of Wilmington, | : | |
| and the **CITY OF WILMINGTON,** a | : | |
| municipal corporation, | : | |
| | : | |
| **Defendants.** | : | |

**BOND ON TEMPORARY RESTRAINING ORDER**

KNOW ALL MEN BY THESE PRESENTS:

That Plaintiff has held and is firmly bound unto defendants in the above captioned action in the sum of _____ DOLLARS ($_____) to be paid to the defendants, their heirs and assigns, to which payment well and truly to be made they bind themselves, their heirs, successors and assigns, firmly by these presents.

Signed, sealed and dated the \_\_ day of _____, 2007.

WHEREAS, plaintiff has obtained from the United States District Court for the District of Delaware a temporary restraining order against defendants, upon condition that she files herein her bond in the amount of _____ DOLLARS ($_____) for payment of such costs and damages as may be incurred or suffered by defendants should they be found to have been wrongfully restrained by such temporary restraining order.

NOW, THEREFORE, the condition of this obligation is such that plaintiff shall pay any

costs or damages which may be incurred or suffered by defendants if they are found to have been wrongfully enjoined; however, in the event plaintiff prevails at final hearing on this action, then this obligation shall be void; otherwise, it shall remain in full force and effect.

Signed, Sealed and Delivered
in the Presence of:

_____           _____
            WITNESS                               WITNESS

Witness:                                   THE NEUBERGER FIRM, P.A.

_____    BY:   _____
                                           Thomas S. Neuberger

APPROVED AS TO FORM:

_____
THE HONORABLE SUE L. ROBINSON

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on August 1, 2007, I electronically filed this **Bond** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Teresa A. Cheek, Esquire
>Young, Conaway, Stargatt, & Taylor, LLP
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>tcheek@ycst.com
>
>Rebecca Butcher, Esq.
>Dan Rath, Esq.
>Landis, Rath & Cobb, LLP
>919 Market Street, Suite 600
>Wilmington, DE 19801
>butcher@lrclaw.com

>/s/ Thomas S. Neuberger
>**THOMAS S. NEUBERGER, ESQ.**

Dietz / Pleadings / Dietz TRO-PI bond.final