IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN NANCY S. DIETZ,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **FILED UNDER SEAL** |
| | : | |
| **MAYOR JAMES M BAKER,** | : | C.A.No.06-256-SLR |
| individually and in his official capacity | : | |
| as the Mayor of the City of Wilmington, | : | |
| and **MAYOR AND COUNCIL OF** | : | |
| **WILMINGTON,** | : | |
| | : | |
| Defendants. | : | |

**SEALED VOLUME OF APPENDIX TO PLAINTIFF'S OPENING BRIEF IN SUPPORT
OF HER MOTION FOR FULL AND/OR PARTIAL SUMMARY JUDGMENT
(Part II - A0794 - 1217)**

**THE NEUBERGER FIRM, P.A.**
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: July 27, 2007          Attorneys for Plaintiff

# TABLE OF CONTENTS

**Item**                                                                                                              **Page**

*Part I:*

Defendant City of Wilmington's Response and Answers to Plaintiff's First Set of Interrogatories Directed to Defendants .................................... A0335

Defendant City of Wilmington's Supplemental and Amended Responses and Answers to Plaintiff's First Set of Interrogatories Directed to Defendants ............... A0374

Defendant James M. Baker's Answers and Objections to Plaintiff's First Set of Interrogatories ................................................. A0416

Plaintiff's Answers and Objections to Defendant James Baker's First Set of Interrogatories ................................................. A1443

Defendant's Document Production

.................................... A0426

.................................... A0746

.................................... A0793

*Part II:*

.................................... A0794

.................................... A0860

.................................... A1208

.................................... A1210

.................................... A1212

.................................... A1217

*Part III:*

. . A1218

. . A1247

. . A1248

. . A1250

. . A1252

. . A1255

. . A1256

D03391: Chart Illustrating the Progression and Replacements of WPD
    Inspectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A1257

Deposition of Chief Michael Szczerba, Jan. 25, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . A1258

. . . A1323

. . . A1333

. . . A1343

. . . A1354

. . . A1363

. . . A1372

. . . . A1375

. . . . A1378

Deposition of Gilbert Howell, Apr. 5, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A1389

Exhibits from the Deposition of Capt. Nancy Dietz, May 9, 2007

    Exhibit 1: Resume of Nancy S. Dietz (D02241-43) . . . . . . . . . . . . . . . . . . . . . . . . . A1416

    . . . . . . . . . . . . . . . A1419

    . . . . . . . . . . . . . . . A1437

    Exhibit 17: Except from Plaintiff's Answers and Objections to Defendant
        James Baker's First Set of Interrogatories . . . . . . . . . . . . . . . . . . . . . . . . . . . A1440

    Exhibit 20: Defendant's Progression Chart of Inspectors . . . . . . . . . . . . . . . . . . . . A1441

Deposition of Chief Michael Szczerba in <u>Boyd v. Wilmington Police Department</u>,
    Jan. 23, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A1474

# SEALED DOCUMENTS (A0794 - 1217)