IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN NANCY S. DIETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-256-SLR |
| | ) |
| MAYOR JAMES M. BAKER, individually and in his official capacity as the Mayor of the City of Wilmington, and CITY OF WILMINGTON, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 8th day of August, 2007,

IT IS ORDERED that a hearing on plaintiff's motion for temporary restraining order and/or preliminary injunction (D.I. 71) shall be held on **Tuesday, September 25, 2007, at 8:00 a.m.** Each side will be given thirty minutes to present their argument.

_____
United States District Judge