IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN NANCY S. DIETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-256-SLR |
| | ) |
| JAMES M. BAKER, et al. | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER OF PARTIAL DISMISSAL OF CLAIMS**

Subject to the approval of the Court, the plaintiff, by her attorneys, and the defendants, by their attorneys, hereby stipulate and agree that Plaintiff's claims regarding the appointment of James Wright to the position of inspector should be dismissed with prejudice and without awarding fees or costs to either party.

LANDIS RATH & COBB LLP

/s/ *Daniel B. Rath*
Daniel B. Rath, Esquire (No. 3022)
Rebecca L. Butcher, Esquire (No. 3816)
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
Phone: (302) 467-4400
Fax: (302) 467-4450
Counsel for Defendant James M. Baker

YOUNG, CONAWAY, STARGATT & TAYLOR

/s/ *Teresa A. Cheek*
Teresa A. Cheek (No. 2657)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Phone: (302) 571-6676
Fax: (302) 576-3286
Counsel for Defendant City of Wilmington

THE NEUBERGER FIRM

/s/  *Stephen J. Neuberger*
Thomas S. Neuberger, Esquire (No. 243)
Stephen J. Neuberger, Esquire (No. 4440)
Two East Seventh Street, Suite 302
Wilmington, DE  19801
Phone: (302) 655-0582
Fax: (302) 655-9329

Counsel for Plaintiff


Dated: August 24, 2007

      IT IS SO ORDERED, on this _____ day of _____, 2007.

                                                          _____
                                                                       Judge