IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN NANCY S. DIETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-256-SLR |
| | ) |
| MAYOR JAMES M. BAKER, | ) |
| individually and in his official capacity | ) |
| as the Mayor of the City of | ) |
| Wilmington, and CITY OF | ) |
| WILMINGTON, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 13th day of December, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' joint motion for partial summary judgment (D.I. 69) is granted.

2. Plaintiff's motion for summary judgment (D.I. 62) is denied.

3. Plaintiff's motion for a temporary restraining order (D.I. 71) is denied.

4. Plaintiff's motion to compel the production of documents (D.I. 48) is denied.

_____
United States District Judge