# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN NANCY S. DIETZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-256-SLR |
| | ) |
| JAMES M. BAKER, et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL

Upon the stipulation of the parties, it is hereby ORDERED, that this proceeding is dismissed with prejudice and on the merits as to all defendants and without awarding costs, disbursements, or attorneys' fees to any party;

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement and Release entered into by the parties in this matter, which document is incorporated herein by reference.

Dated: January 22, 2008

| | |
|---|---|
| THE NEUBERGER FIRM, P.A. | LANDIS RATH & COBB LLP |
| | |
| /s/ *Thomas S. Neuberger* | /s/ *Daniel Rath* |
| Thomas S. Neuberger, Esquire (#243) | Daniel B. Rath, Esquire (#3022) |
| Stephen J. Neuberger, Esquire (#4440) | James S. Green, Jr., Esquire (#4406) |
| Two East Seventh Street, Suite 302 | 919 Market St., Suite 600 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 655-0582 | (302) 467-4400 |
| | |
| Attorneys for Plaintiff Captain Nancy S. Dietz | Attorneys for Defendant Mayor James M. Baker |

YOUNG CONAWAY STARGATT &
TAYLOR LLP

/s/ *Teresa Cheek*
Teresa A. Cheek, Esquire (#2657)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6676

Attorneys for Defendant the City of Wilmington


      IT IS SO ORDERED this _____ day of January, 2008

                                            _____
                                            The Honorable Sue L. Robinson
                                            United States District Judge